762 A.2d 655

LINDA ZOCCO, ETC., PLAINTIFF–RESPONDENT, v. STOLT
INNOVATION, INC., ET AL., DEFENDANTS–MOVANTS.

November 3, 2000.

ORDERED that leave to appeal is granted, and the matter is
summarily remanded to the Appellate Division to hear the appeal
on the merits.